UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON JAMESON and JESSICA JAMESON,

              Plaintiffs,

    vs

I.Q. DATA INTERNATIONAL, INC.,

              Defendant.

CV09-5233FDB

MINUTE ORDER

NOW, on this 1st Day of February, 2010, the Court directs the Clerk to enter the following Minute Order:

Plaintiff's motion to extend the discovery and pre-trial deadlines is GRANTED. The deadlines are extended by 30 days:

Discovery Deadline   2/3/2010.
39.1 Settlement Report     2/12/2010.
Noting Date   2/26/2010
Motions Deadline   3/4/2010
Motions in Limine, Pretrial Order, Trial Briefs and Voir Dire/Jury Inst Deadlines
remains 4/1/2010.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                 **/s/ Pat LeFrois**
                 Pat LeFrois
                 Courtroom Deputy